IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                               **INDICTMENT**

JUSTIN COOPER                                    4:19cr5-MW
_____/

**THE GRAND JURY CHARGES:**

### COUNT ONE

Between on or about October 1, 2016, and on or about August 31, 2018, in the Northern District of Florida and elsewhere, the defendant,

**JUSTIN COOPER,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons to distribute and possess with intent to distribute a controlled substance, and this offense involved marijuana, alprazolam, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(D), and 841(b)(2).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about June 21, 2018, in the Northern District of Florida, the defendant,

**JUSTIN COOPER,**

did knowingly and intentionally distribute a controlled substance, and this offense involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## CRIMINAL FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From his engagement in the violations alleged in Counts One and Two, punishable by imprisonment for more than one year, the defendant,

**JUSTIN COOPER,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), all of his interest in:

A.   Property constituting or derived from any proceeds the defendant obtained directly or indirectly as the result of such violations.

B.  Property used in any manner or part to commit or to facilitate the commission of such violations.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred or sold to, or deposited with, a third person;

    iii.    has been placed beyond the jurisdiction of this Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

REDACTED

FOREPERSON

1/9/2019
DATE

_for_ LAWRENCE KEEFE
United States Attorney

Christopher P. Canova

ERIC K. MOUNTIN
Assistant United States Attorney